FUJI PHOTO FILM CO., LTD., Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Appellee.

Jack Benun, Appellant,

v.

International Trade Commission, Appellee.

Anthony Cossentino, Appellant,

v.

International Trade Commission, Appellee.

Nos. 04–1618, 05–1274, 05–1254.

United States Court of Appeals, Federal Circuit.

Jan. 19, 2006.

Jack Benun, pro se.

### ORDER

SCHALL, Circuit Judge.

Upon consideration of the motions of Jazz Photo Corporation to withdraw from appeal 05–1274 and Anthony Cossentino to voluntarily dismiss appeal 05–1254,

IT IS ORDERED THAT:

(1) The motions are granted. The parties shall bear their own costs insofar as the appeals involved Jazz and Cossentino.

(2) The revised official caption are reflected above.

(3) A copy of this order shall be transmitted to the merits panel to advise them of the withdrawal and dismissal.